Certificate Number: 16339-PAE-DE-039749327

Bankruptcy Case Number: 25-11268



16339-PAE-DE-039749327

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 9, 2025, at 5:43 o'clock PM EDT, Myranda Yoblick completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 9, 2025

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor